J.S07042-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA,     :     IN THE SUPERIOR COURT OF
    :     PENNSYLVANIA
               Appellee     :
    :
            v.     :
    :
ANN LOUISE COYLE,     :
    :
             Appellant     :     No. 1486 MDA 2014

Appeal from the PCRA Order September 4, 2014
in the Court of Common Pleas of Lebanon County Criminal Division
at No(s): CP-38-CR-0001777-2009

BEFORE: BOWES, OTT, and FITZGERALD,[*] JJ.

JUDGMENT ORDER BY FITZGERALD, J.:          **FILED MARCH 23, 2016**

Appellant, Ann Louise Coyle, appeals from the order entered in

Lebanon County dismissing her Post Conviction Relief Act petition ("PCRA").[1]

We dismiss the appeal.

On February 17, 2016, this Court entered the following order:

**<u>ORDER</u>**

> In order to be eligible for relief under the [PCRA],
> the petitioner must, *inter alia*, "currently [be] serving
> a sentence of imprisonment, probation or parole for
> the crime[.]" 42 Pa.C.S. § 9543(a)(1)(i). Instantly,
> Appellant was sentenced on January 19, 2011 to an
> aggregate term of fifteen months' probation, with
> the first sixty days on house arrest with electronic
> monitoring. On August 17, 2011, the trial court

---

[*] Former Justice specially assigned to the Superior Court.

[1] 42 Pa.C.S. §§ 9541-9546.

> suspended Appellant's sentence pending the disposition of her direct appeal. On September 24, 2014, the trial court reimposed Appellant's original sentence with credit for any time served prior to the suspension of her sentence. N.T. Sentencing H'rg, 9/24/14, at 7. At sentencing, the trial court indicated, "[Appellant] served at least eight months of the [fifteen] months [of] probation." *Id.* at 3. Therefore, it is unclear whether Appellant is currently serving a sentence of imprisonment, probation, or parole at this time. *See* 42 Pa.C.S. § 9543(a)(1)(i). Accordingly, we order the PCRA court to supplement the record within fourteen days of the date of this order with documentation establishing whether or not Appellant is currently serving her sentence.

*Per Curiam* Order, 2/17/16.

On February 25, 2016, the trial court filed with this Court a copy of Appellant's case closure notice which indicates Appellant's supervision ended on May 15, 2015. Interstate Comm'n for Adult Offender Supervision Notice, 5/28/15. Accordingly, Appellant is no longer serving a sentence and is ineligible for PCRA relief. *See* 42 Pa.C.S. § 9543(a)(1)(i). Therefore, we dismiss Appellant's appeal as moot. *See Commonwealth v. Schmohl*, 975 A.2d 1144, 1149 (Pa. Super. 2009) (noting if Appellant's term of imprisonment ends while appeal is pending, challenge to conviction would be rendered moot and incapable of review).

Appeal dismissed.

J.S07042-16

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 3/23/2016